**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH HARVEY and ANJA**
**KANNELL,**

                    **Plaintiffs,**

**v.**                                                    **Case No:   6:16-cv-55-Orl-41GJK**

**ORANGE COUNTY, ORANGE**
**COUNTY SHERIFF and TANISHA**
**MOOREHEAD,**

                    **Defendants.**

_____

**REPORT AND RECOMMENDATION**

This matter comes before the undersigned *sua sponte*.   On October 21, 2015, Mr. Harvey,

proceeding *pro se*, filed a complaint (the "Complaint") on his and Anja Kannell's behalf against

Defendants.   Doc. No. 1.   On that same day, Mr. Harvey filed a Motion to Proceed *In Forma*

*Pauperis* (the "Motion").   Doc. No. 4.   On March 8, 2016, the undersigned entered an order

denying the Motion and dismissed the Complaint (the "Order").   Doc. No. 10.   In it, the

undersigned directed Mr. Harvey to file an amended complaint that complies with the instructions

set forth in the Order within twenty-one (21) days from the date of the Order.   *Id*. at 6.

Additionally, the undersigned directed Mr. Harvey to either file a renewed motion to proceed *in*

*forma pauperis* or pay the full filing fee at the time he filed the amended complaint.   *Id*. at 8.[1]

The undersigned admonished that "[f]ailure to file an amended complaint and renew the motion

_____

[1] The undersigned attached the approved form to proceed *in forma pauperis* to the Order.   Doc. No. 10 at 9-10.

to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning."   *Id.*[2]

On March 28, 2016, Mr. Harvey and Ms. Kannell (the "Plantiffs") filed the amended complaint (the "Amended Complaint").   Doc. No. 11.[3]   However, Plaintiffs did not file motions requesting leave to proceed *in forma pauperis* nor did they pay the full filing fee within the time provided in the Order.   Accordingly, on May 11, 2016, the undersigned entered an Order to Show Cause against Plaintiffs.   Doc. No. 12.   In it, the undersigned ordered that "on or before May 26, 2016, Mr. Harvey and Ms. Kannell shall each file a separate response showing cause in writing why sanctions, including, but not limited to, dismissal of their claims, should not be imposed for not following the Court's Order (Mr. Harvey) and/or not timely moving to proceed *in forma pauperis* or paying the full filing fee (Ms. Kannell)."   Doc. No. 12 at 2.   The undersigned admonished Plaintiffs that "[f]ailure to respond in the time provided will result in dismissal of this case without further notice."   *Id.*[4]   Plaintiffs still have yet to file motions requesting leave to proceed *in forma pauperis* or pay the full filing fee.   Further, Plaintiffs have failed to timely respond to the Order to Show Cause.   In light of the Plaintiffs' failure to prosecute this action and failure to comply with the undersigned's Order and Order to Show Cause, the undersigned recommends the case be dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.   Fed. R. Civ. P. 41(b).

---

[2] The docket reveals copies of the Order were mailed to Plaintiffs on March 9, 2016.

[3] The Amended Complaint is signed by both Plaintiffs.   Doc. No. 11 at 9.

[4] The docket reveals copies of the Order to Show Cause were mailed to Plaintiffs on May 12, 2016.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** pursuant to Rule 41(b), Federal Rules of Civil Procedure; and

2. The Clerk be directed to close the case.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiffs by regular mail.**

<u>**NOTICE TO PARTIES**</u>

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on May 31, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy