UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH HARVEY and ANJA KANNELL,**

**Plaintiffs,**

**v.** **Case No: 6:16-cv-55-Orl-41GJK**

**ORANGE COUNTY, ORANGE COUNTY SHERIFF and TANISHA MOOREHEAD,**

**Defendants.**
_______________________________________/

**ORDER**

THIS CAUSE is before the Court on United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 13), in which he recommends that this case be dismissed without prejudice because Plaintiffs have not timely prosecuted the action and have not complied with Court orders.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Amended Complaint (Doc. 11) is **DISMISSED without prejudice**.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 14, 2016.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties